## SCOGGIN v. STATE.
### No. 17841.

Court of Criminal Appeals of Texas.

Jan. 15, 1936.

R. L. McGaugh, of Brownwood, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is the unlawful possession of whisky for the purpose of sale; penalty assessed at confinement in the penitentiary for one year.

Since the conviction of the appellant on the 9th of March, 1935, the law upon which the prosecution is founded has been repealed. See Guy Meadows v. State (Tex. Cr.App.) 88 S.W.(2d) 481, opinion delivered November 27, 1935.

The judgment is reversed, and the prosecution ordered dismissed.